UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 3:12-000170 |
| v. | ) | |
| | ) | JUDGE GRIFFIN |
| JAIME BENCOMO-GARCIA | ) | |
| a/k/a JAIME GARCIA | ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Unseal the Indictment as to Jaime Bencomo-Garcia only. It is hereby ordered that:

The Motion is granted.

_____
HONORABLE JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2012