UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-00170 |
| v. ) | |
| ) | JUDGE BRYANT |
| [2] ABRAN ARELLANO-GARCIA ) | |
| [5] JAIME BENCOMO-GARCIA ) | |

## **ORDER**

This matter comes before the Court on the Government's Motion to Partially Unseal the Indictment as to [2] ABRAN ARELLANO-GARCIA and [5] JAIME BENCOMO-GARCIA only. It is hereby ordered that:

The Motion is granted.

_____
HONORABLE JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

Dated: October 11, 2012