IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [3] ELICIO FUERTE-BARRIGA | ) | |
| | ) | |

**O R D E R**

Given the contents of the filing made by attorney James A. Fraser on September 11, 2013 (Docket No. 80), it is hereby **ORDERED** that Assistant Federal Public Defender David Baker appear at the status conference scheduled in this case on Friday, September 27, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge