# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [3] ELICIO FUERTE-BARRIGA | ) | |
| | ) | |

## O R D E R

A status conference was held in this case on September 27, 2013. Richard J. Sullivan, counsel of record for this defendant, appeared with the defendant for the status hearing. The court questioned the defendant in open court as to whether or not he wished Mr. Sullivan to continue as his counsel of record. The defendant unequivocably stated that he wished Mr. Sullivan to continue as his lawyer. Therefore, any request contained within the letter received at the court from James A. Fraser, an attorney in Orange, California requesting that a federal public defender be appointed for this defendant, is **DENIED**.

The Clerk shall mail a copy of this Order to James A. Fraser at his business address listed on the letter sent to the court.

It is so **ORDERED**.

ENTER this 27th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge