UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-cr-00170 |
| v. | ) | |
| | ) | |
| JAVIER PONCE-CURRASCO, et al. | ) | Judge Trauger |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through David Rivera, Acting United States Attorney, and Brent A. Hannafan, Assistant United States Attorney, hereby moves this Court to unseal the superseding indictment as to defendant Raul Berumen.

The superseding indictment in this case has only been partially unsealed. On January 11, 2013, the United States filed a notice of the return of a superseding indictment but redacted the names of two defendants. (Docket No. 50). Those two defendants were defendants Berumen and Fuerte-Barriga. Both of them have been arrested at this time but only defendant Fuerte-Barriga has appeared in this District. The undersigned recently learned that defendant Berumen was arrested on the warrant in this case but was charged and has been convicted on other federal charges in the Southern District of California. The Probation Officer for that case has requested a copy of the superseding indictment in this case in order to prepare the PSR for Berumen. Additionally, it is anticipated that Berumen will be transported to this District upon being sentenced in California.

WHEREFORE, the United States respectfully requests this Court order the superseding indictment be unsealed and that the unsealed copy be placed on the ECF Docket for this case.