IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [5] JAIME BENCOMO-GARCIA | ) | |
| | ) | |

**O R D E R**

An evidentiary hearing was held on November 22, 2013 on the defendant's Motion For Medical Furlough (Docket No. 82). The motion is **DENIED**, but a compelling case was presented by the defense that this defendant has a golf-ball-sized hernia that is causing him excruciating pain. He is not receiving adequate pain medication, and, at this point, he is probably in need of surgical repair.

For these reasons, it is hereby **ORDERED** that the United States Marshal shall have the defendant examined by an outside physician, preferably Wayne Bush, M.D. of Bowling Green, Kentucky, who examined the defendant for this hernia issue on October 10, 2012, in order to determine whether he is in need of immediate surgery and/or pain medication that will give him some relief.

It is so **ORDERED**.

ENTER this 22nd day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge