UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED for extension to 2/24/14.* [signature]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:12-00170 |
| | ) | Judge Trauger |
| ABRAN ARELLANO-GARCIA | ) | |

## UNOPPOSED MOTION TO EXTENT PRETRIAL MOTIONS DEADLINE

Comes now counsel for the Defendant and would move this Honorable Court to extend the pretrial motions deadline for a period of two weeks. Currently the pretrial motion deadline is set for February 10, 2014 with responses due by February 24, 2014. (DE 90) The trial is set to begin April 8, 2014. (DE 93) As grounds for this motion the defendant would assert that he needs some additional time to complete his pretrial motions. Counsel for the defendant consulted with the Assistant United States Attorney Brent Hannafan and he does not oppose this motion. Should the Court grant this motion the new deadline for pretrial motions would be February 24, 2014 with responses due March 10, 2014.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com